✤PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT
FOR THE

*District of Guam*

**FILED**
DISTRICT COURT OF GUAM
DEC - 1 2006 hbo

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

CHUNG GIL DAN

CRIMINAL CASE NO. 00-00012-006

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **November 17, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
Lawrence J. Teker, Defense Counsel
Guam Bureau of Immigration and Customs Enforcement
File

**RECEIVED**
NOV 30 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 30th day of November 2006.

_____
HON. FRANCES TYDINGO-GATEWOOD
Chief Judge
District of Guam

ORIGINAL